## LAWSHE v. McCLAIN.

Where a judgment is rendered after a default, a motion to set aside the default should precede an appeal to this Court.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—This was an action by *McClain* against *Lawshe*, to foreclose a mortgage. The record shows that the defendant was duly served with process, was called, had failed to appear, and was regularly defaulted, and that judgment, by default, had been regularly entered against him. But no motion appears to have been made, in the lower Court, to set aside the default. Hence the case, on appeal, is not properly in this Court. *Blair* v. *Davis*, 9 Ind. 236.

The appeal is dismissed, with costs.

*H. D. Thompson* and *W. R. Pierse*, for the appellant.